UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CATHERINE BINHLAM,          )
                            )
        Plaintiff            )
                            )  No. 3:11-0719
v.                          )  Judge Campbell/Knowles/Brown
                            )  **Jury Demand**
ONLIFE HEALTH, INC.,         )
                            )
        Defendant            )

### O R D E R

The parties have reached a settlement in this matter. Accordingly, the parties are requested to submit appropriate pleadings to Judge Campell to dismiss this case with prejudice. The necessary paperwork should be submitted within **45 days** of the entry of this order.

It appears nothing further remains to be done by the undersigned Magistrate Judge and the **Clerk** is directed to return the file to Judge Campbell.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge